Case 0:19-cr-60263-RS   Document 1   Entered on FLSD Docket 09/19/2019   Page 1 of 7

Sep 19, 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **19-60263-CR-SMITH/VALLE**

18 U.S.C. § 1956(h)
18 U.S.C. § 1956(a)(1)(B)(i)
18 U.S.C. § 982(a)(1)

UNITED STATES OF AMERICA

v.

ARNOLD JERMAINE SMITH,

Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### GENERAL ALLEGATIONS

At all times relevant to this Indictment:

### The Defendant and Related Entities

1. LS Music Group, LLC ("LS Music Group") was a Florida limited liability corporation formed by **ARNOLD JERMAINE SMITH** on or about May 16, 2017. In its incorporation documents, LS Music Group listed 1005 West State Road 84 #157, Ft. Lauderdale, Florida, as its principal place of business. **SMITH** was the sole corporate officer of LS Music Group.

2. Soul Sense Radio, LLC ("Soul Sense Radio") was a Florida limited liability corporation formed by **ARNOLD JERMAINE SMITH** on or about December 28, 2017. In its incorporation documents, Soul Sense Radio listed 1005 West State Road 84 #157, Ft. Lauderdale, Florida, as its principal place of business. **SMITH** was the sole corporate officer of Soul Sense Radio.

3. One Kirb Trading, LLC ("One Kirb Trading") was a Florida limited liability corporation formed by **ARNOLD JERMAINE SMITH** on or about January 16, 2018. In its incorporation documents, One Kirb Trading listed 1005 West State Road 84 #157, Ft. Lauderdale, Florida, as its principal place of business. **SMITH** was the sole corporate officer of One Kirb Trading.

4. Defendant **ARNOLD JERMAINE SMITH**, a resident of Broward County, established corporate bank accounts at Bank of America, BB&T, SunTrust, and CitiBank. **SMITH** was the sole authorized signor on all of the corporate bank accounts.

## COUNT 1
### Conspiracy to Commit Money Laundering
### (18 U.S.C. § 1956(h))

1. The General Allegations section of this Indictment is re-alleged and incorporated by reference as if fully set forth herein.

2. From at least as early as in or around May 2017, and continuing through in or around December 2018, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**ARNOLD JERMAINE SMITH,**

did willfully, that is, with the intent to further the object of the conspiracy, and knowingly combine, conspire, confederate, and agree with others known and unknown to the Grand Jury, to violate Title 18, United States Code, Section 1956, that is, to knowingly conduct a financial transaction affecting interstate commerce, which financial transaction involved the proceeds of specified unlawful activity, knowing the property involved in the financial transaction represented the proceeds of some form of unlawful activity, and knowing that such transaction was designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the

proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

It is further alleged that the specified unlawful activity is wire fraud, in violation of Title 18, United States Code, Section 1343.

All in violation of Title 18, United States Code, Section 1956(h).

## COUNTS 2-6
### Money Laundering
### (18 U.S.C. § 1956(a)(1)(B)(i))

1. The General Allegations section of this Indictment is re-alleged and incorporated by reference as if fully set forth herein.

2. On the dates specified below, as to each or about the dates specified as to each count below, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**ARNOLD JERMAINE SMITH,**

did knowingly conduct and attempt to conduct a financial transaction affecting interstate commerce, which financial transaction involved the proceeds of specified unlawful activity, knowing that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, and knowing that the transaction was designed, in whole and in part, to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity, as set forth below:

| Count | Approximate Date | Financial Transaction |
|---|---|---|
| 2 | December 19, 2017 | Bank transfer of approximately $3,223 from LS Music Group's Bank of America account ending in 5550, to LS Music Group's Bank of America account ending in 6729 |
| 3 | December 20, 2017 | Bank transfer of approximately $18,700 from LS Music Group's Bank of America account ending in 5550, to a corporate bank account in the name of NAB International LLC ending in 9924 |

| Count | Approximate Date | Financial Transaction |
|---|---|---|
| 4 | January 8, 2018 | Electronic wire transfer of approximately $26,385 from Soul Sense Radio's BB&T account ending in 5764, to a corporate bank account in the name of Zhejiang JM Industry located in China |
| 5 | February 22, 2018 | Cash withdrawal of approximately $8,500 from One Kirb Trading's Citibank account ending in 1600 |
| 6 | February 26, 2018 | Cash withdrawal of approximately $3,800 from One Kirb Trading's Citibank account ending in 1600 |

It is further alleged that the specified unlawful activity is wire fraud, in violation of Title 18, United States Code, Section 1343.

In violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 2.

## FORFEITURE ALLEGATIONS

1.      The allegations contained in this Indictment are re-alleged and incorporated by reference as though fully set forth herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendants have an interest.

2.      Upon conviction of a violation of Title 18, United States Code, Section 1956(a), as alleged in this Indictment, any defendant so convicted shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(1), any property, real or personal, involved in such offense, and any property traceable to such property.

3.      If any of the property described above, as a result of any act or omission of the defendants:

    a.      cannot be located upon the exercise of due diligence;

    b.      has been transferred or sold to, or deposited with, a third party;

    c.      has been placed beyond the jurisdiction of the court;

    d.      has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1).

All pursuant to Title 18, United States Code, Section 982(a)(1), and the procedures set forth at Title 21, United States Code, Section 853, as made applicable by Title 18, United States Code, Section 982(b).

A TRUE BILL

_____
FOREPERSON

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
ROBERT F. MOORE
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

ARNOLD JERMAINE SMITH,

_____Defendant._____/

CASE NO._____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division**: (Select One)
___ Miami    ___ Key West
_✓_ FTL      ___ WPB    ___ FTP

New defendant(s)         Yes ___   No ___
Number of new defendants     ___
Total number of counts       ___

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    No
   List language and/or dialect    _____

4. This case will take  3 -4  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                          (Check only one)
   I    0 to 5 days      _✓_               Petty      ___
   II   6 to 10 days     ___               Minor      ___
   III  11 to 20 days    ___               Misdem.    ___
   IV   21 to 60 days    ___               Felony     _✓_
   V    61 days and over ___

6. Has this case previously been filed in this District Court?    (Yes or No)    No
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    (Yes or No)    No
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?    Yes ___    No _✓_

8. Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?    Yes ___    No _✓_

_____
Robert F. Moore
Assistant United States Attorney
Court ID A5502488

*Penalty Sheet(s) attached                                                REV 8/13/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** ARNOLD JERMAINE SMITH

**Case No:** _____

Count #: 1

Conspiracy to Commit Money Laundering

Title 18, United States Code, Section 1956(h)

**\*Max. Penalty:** Twenty (20) Years' Imprisonment

Count #: 2-6

Conspiracy to Commit Money Laundering

Title 18, United States Code, Section 1956(a)(1)(B)(i)

**\*Max. Penalty:** Twenty (20) Years' Imprisonment

**\* Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**